UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:12 CR 238 |
| Plaintiff, | : | JUDGE DAVID D. DOWD, JR. |
| v. | : | |
| | : | **DEFENDANT'S SUPPLEMENTAL DISCOVERY DEMAND** |
| DOUGLAS L. WRIGHT, | : | |
| Defendant. | : | |

To date, the Government has supplied Defendant with discovery including his post-arrest statement to the FBI. His statement was videotaped. However, the beginning of the interview is not audible due to a malfunction in the recording equipment. The rest of the statement is barely audible. This Supplemental Discovery Demand is requesting the "rough notes" of the FBI agents who interrogated Defendant after his arrest.

The Federal Rules of Criminal Procedure require the government, upon the defendant's request, to produce "the portion of any written record containing the substance of any relevant oral statement made before or after arrest if the defendant made the statement in response to interrogation by a person the defendant knew was a government agent." Fed.R.Crim.P. 16(a)(1)(B)(ii). Agent's "rough notes" of an arrestee's post-arrest statement constitute a "written record" pursuant to Fed.R.Crim.P. 16(a)(1)(B)(ii) and are discoverable. *See Unite States v. Clark*, 385 F.3d 609 (6th Cir. 2004).

Therefore, and pursuant to Fed.R.Crim.P. 16(a)(1)(B)(ii), Defendant requests production of the "rough notes" of the FBI agents who interrogated Defendant after his arrest.

        Respectfully submitted,

        *s/Anthony J. Vegh*
        Anthony J. Vegh
        526 Superior Ave., East
        The Leader Building, Suite 720
        Cleveland, Ohio 44114-1401
        P (216) 566-1424
        F (216) 566-1468
        tvegh@vecchio-vegh.com
        (Ohio Bar Reg No. 0039603)

        Counsel for Defendant

## CERTIFICATE OF SERVICE

     A copy of the foregoing was electronically served on this 13th day of June, 2012.  Notice of this filing will be sent to all counsel indicated on the electronic receipt by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

        *s/Anthony J. Vegh*