UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:12 CR 238 |
| | : | |
| Plaintiff, | : | JUDGE DAVID D. DOWD, JR. |
| | : | |
| v. | : | |
| | : | **DEFENDANT WRIGHT'S MOTION TO JOIN DEFENDANT STAFFORD'S MOTION FOR BILL OF PARTICULARS** |
| | : | |
| DOUGLAS L. WRIGHT, | : | |
| | : | |
| Defendant. | : | |

Now comes Defendant, Douglas L. Wright, by and through his undersigned counsel, and moves this Court to allow Defendant Wright to join in Defendant Baxter's Motion Bill of Particulars (Docket No. 97).  Defendant Wright endorses the arguments and relief requested in said Motion. Therefore, in the interest of judicial economy, there is no need to file a duplicate Motion.

Respectfully submitted,

*s/Anthony J. Vegh*
Anthony J. Vegh
526 Superior Ave., East
The Leader Building, Suite 720
Cleveland, Ohio 44114-1401
P (216) 566-1424
F (216) 566-1468
tvegh@vecchio-vegh.com
(Ohio Bar Reg No. 0039603)

Counsel for Defendant

CERTIFICATE OF SERVICE

  A copy of the foregoing was electronically served on this 30th day of June, 2012. Notice of this filing will be sent to all counsel indicated on the electronic receipt by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/Anthony J. Vegh*